# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CR-22-77-GF-BMM |
| vs. | |
| LAVANCHIE PATRICIA GOODBIRD | **WARRANT FOR ARREST** |
| Defendant. | TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

**YOU ARE HEREBY COMMANDED** to arrest LAVANCHIE PATRICIA GOODBIRD and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging her with Kidnapping of an Individual Under 18 in violation of Title 18 United States Code, Section 1153(a), 1201(a), (g), and 2, Assault Resulting in Serious Bodily Injury in violation of Title 18 United States Code, Section 1153(a), 113(a)(6), and 2, and Assault Resulting in Substantial Bodily Injury to a Minor in violation of Title 18 United States Code, Section 1153(a), 113(a)(7) and 2.

Assigned to: Wendy A. Johnson

*/s/ Traci Orthman*

Traci Orthman, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE JOHN JOHNSTON
Great Falls, Montana

**BAIL FIXED AT -0-**
Date of Issue: 6th day of October, 2022

| RETURN | | |
|---|---|---|
| **DATE RECEIVED:** 10/6/2022 | **LOCATION:** GLASGOW, MT | |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | | |
| **DATE OF ARREST:** 10/11/2022 | | *Timothy Hornung (A)* |
| **LOCATION:** WOLF POINT, MT | | **UNITED STATES MARSHAL** |
| **BY:** SA WESTON HITCHCOCK | Deputy U.S. Marshal | |

FBI