THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br><br> LAVANCHIE PATRICIA GOODBIRD, <br><br> Defendant. | CR-22-77-GF-BMM <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on December 2, 2025. (Doc. 242.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on December 1, 2025. (Doc. 1255.) The government accused Lavanchie Goodbird (Goodbird) of violating the conditions of her supervised release (1) by failing to check in with her probation officer on October 28, 2025, and on November 4, 2025, as instructed; (2) by tampering with a sweat patch during November, 2025; (3) by failing to follow the instructions of her probation officer to not have contact with her co-defendants by having telephone contact with Elmarie Weeks, one of her co-defendants on November 19, 2025; (4) by failing to follow the instructions of her probation officer to not have contact with any convicted felons by admitting on November 19, 2025, to having multiple in person and telephone contacts with convicted felon Connor Gourneau; and (5) by committing another federal, state or local crime by agreeing to distribute controlled substances during November of 2025. (Docs. 232 and 235.)

At the revocation hearing, Goodbird admitted that she had violated conditions 1-5 of her supervised release as set forth in the Amended Petition. (Doc. 237.)

Judge Johnston found that the violations Goodbird admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence of 6 months with 54 months of supervised release to follow. Judge Johnston also recommended that during the first 180 days of her supervised release, Goodbird shall be placed in a residential re-entry center as directed by her probation officer. (Doc. 242.) The Court finds no clear error in Judge Johnston's Findings and

Recommendations. Goodbird waived her right to allocute and appeal before the undersigned. (Doc. 237.)

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 242) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Lavanchie Patricia Goodbird be sentenced to a term of custody of 6 months with 54 months of supervised release to follow. During the first 180 days of her supervised release, Goodbird shall be placed in a residential re-entry center as directed by her probation officer.

DATED this 10th day of December 2025.

_____
Brian Morris, Chief District Judge
United States District Court