IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAVANCHIE PATRICIA GOODBIRD,<br><br>Defendant. | CR 22-77-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS |

## I.    Synopsis

Defendant Lavanchie Patricia Goodbird (Goodbird) has been accused of violating conditions of her supervised release. (Docs. 274). Goodbird admitted the alleged violations. Goodbird's supervised release should be revoked. Goodbird should be sentenced to custody until September 1, 2026, with 51 months of supervised release to follow. During the term of her supervised release, Goodbird shall be placed at a residential reentry center for up to 180 days  at the direction of her probation officer.

### Status

On November 30, 2022, Goodbird pleaded guilty to the offense of Kidnapping of an Individual Under 18, in violation of 18 U.S.C. §§ 1201(a)(2), (g) and 18 U.S.C.

§§ 1153(a) and 2 as charged in Count 1 of the Indictment. (Doc. 98).  The Court sentenced Goodbird to 41 months of custody, followed by 5 years of supervised release. (Doc. 209).  Goodbird's current term of supervised release began on September 8, 2025.

### Petition

On June 23, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Goodbird's supervised release. (Doc. 274). The Petition alleged Goodbird violated conditions of her supervised release by: (1) consuming alcohol on June 8, 2026; (2) using methamphetamine on June 14, 2026; (3) consuming alcohol on June 14, 2026; and  (4) failing to report for substance abuse testing on June 22, 2026.

### Initial Appearance

Goodbird appeared before the Court on July 7, 2026.  Goodbird was represented by counsel.  Goodbird stated that she had read the Petition and that she understood the allegations against her.  Goodbird waived her right to a preliminary hearing.  The parties consented to proceed with the revocation hearing before the undersigned.

### Revocation hearing

The Court conducted a revocation hearing on July 7, 2026.  Goodbird admitted that she had violated the conditions of supervised release as set forth as allegations

1-4 in the Petition. Goodbird's admitted violations are serious and warrant revocation of her supervised release.

**Sentencing hearing**

Goodbird appeared before the Court on July 7, 2026. Goodbird's violations are Grade C. Her criminal history category is I. Goodbird's underlying offense is a Class A felony. Goodbird could be incarcerated for up to 60 months. Goodbird could be ordered to remain on supervised release for 60 months less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

## III.    Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Goodbird's supervised release should be revoked. Goodbird should be sentenced to custody until September 1, 2026, with 51 months of supervised release to follow. During the term of her supervised release, Goodbird shall be placed at a residential reentry center for up to 180 days at the direction of her probation officer. This sentence is sufficient but not greater than necessary.

## IV.    Conclusion

The Court informed Goodbird that the above sentence would be recommended to Chief United States District Judge Brian Morris. The Court also informed Goodbird of her right to object to these Findings and Recommendations

within 14 days of this issuance.  The Court explained to Goodbird that Judge Morris

would consider a timely objection before making a final determination on whether

to revoke her supervised release and what, if any, sanction to impose. Goodbird

waived her right to appeal and allocute before Judge Morris.

The Court **FINDS:**

That LAVANCHIE PATRICIA GOODBIRD has violated the conditions of her supervised release by: (1) consuming alcohol on June 8, 2026; (2) using methamphetamine on June  14, 2026; (3) consuming alcohol on June 14, 2026; and  (4) failing to report for substance abuse testing on June 22, 2026.

The Court **RECOMMENDS:**

That the District Court revoke Goodbird's supervised release and sentence Goodbird to custody until September 1, 2026, with 51 months of supervised release to follow. During the term of her supervised release, Goodbird shall be placed at a residential reentry center for up to 180 days  at the direction of her probation officer.

**NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT**

The parties may serve and file a written objections to the Findings and

Recommendations within 14 days of their entry, as indicated on the Notice of

Electronic Filing.  28 U.S.C.  Section 636(b)(1).  A United States district court judge

will make a de novo determination regarding any portion of the Findings and

Recommendations to which objection is made.  The district court judge may accept,

reject, or modify, in whole or in part, the Findings and Recommendations.  Failure

to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 8th day of July 2026.


John Johnston
United States Magistrate Judge