**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CR-22-77-GF-BMM-4** |
| Plaintiff, | |
| vs. | |
| | **ORDER** |
| LAVANCHIE PATRICIA GOODBIRD , | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 8, 2026. (Doc. 284.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on June 23, 2026 and June 11, 2026.  (Docs. 38 and 47.)  The government accused Lavanchie Goodbird (Goodbird) of violating the conditions of her supervised release by: (1) consuming

alcohol on June 8, 2026; (2) using methamphetamine on June 14, 2026; (3) consuming alcohol on June 14, 2026; and (4) failing to report for substance abuse testing on June 22, 2026.  (Doc. 274.)

At the revocation hearing, Goodbird admitted that she had violated conditions 1-4 as set forth in the Petition. Judge Johnston advised Goodbird of her right to appeal and to allocute before the undersigned. She waived those rights. (Doc. 280.)

Judge Johnston found that the violations Goodbird admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence until September 1, 2026, with 51 months of supervised release to follow. Judge Johnston also recommended Goodbird be placed at a residential reentry center for up to 180 days at the direction of her probation officer.  (Doc. 284.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 284 ) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Lavanchie Goodbird be sentenced to a term of custody until September 1, 2026, with 51 months of supervised release to follow.  Goodbird shall be placed at a residential reentry center for up to 180 days at the direction of her probation officer.

DATED this 28th day of July 2026.


_____
Brian Morris, Chief District Judge
United States District Court